WILLIAM A. JENNINGS, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

DIVORCE, § 12*—*when husband not entitled to divorce on ground of extreme cruelty.* Where a husband asks for a divorce from his wife upon the ground of extreme and repeated cruelty, he must make out a clear case; and it is not sufficient for him to show slight acts of violence on her part towards him so long as there is no reason to suppose that he cannot protect himself by a proper exercise of his marital powers.

---

### Joseph Maslo by Stanislaw Maslo, Defendant in Error, v. Franciszka Matyasik, Plaintiff in Error.

### Gen. No. 22,279.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed May 29, 1916.

### Statement of the Case.

Action by Joseph Maslo, by Stanislaw Maslo, his next friend, plaintiff, against Franciszka Matyasik, defendant, for damages for personal injuries to the plaintiff, alleged to have resulted from his being struck by a brick thrown by the defendant. To reverse a judgment for plaintiff for four hundred dollars, defendant prosecutes a writ of error.

The plaintiff, a boy six years of age, was struck on the head by a brick alleged to have been thrown by

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

the defendant.   A witness testified positively that he saw the defendant throw the brick striking the child, and there was evidence tending to corroborate his story, including the testimony of one witness as to an admission by the defendant.   Defendant testified denying that she threw the missile, and was supported by the testimony of a son, who stated that when other boys were throwing bricks at him he threw the brick and by mistake struck plaintiff.

The physicians testified as to the infliction of a cut on the head about an inch in length which required stitches.   There was other evidence tending to show a condition of shock, with resulting impairment of the child's nervous system.

JOSEPH R. BURRES and MAXIMILIAN J. ST. GEORGE, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

1.  ASSAULT AND BATTERY, § 14*—*when evidence sufficient to sustain verdict*.  In an action for damages for personal injuries caused by a brick alleged to have been thrown at the plaintiff by the defendant, evidence *held* sufficient to sustain a verdict for the plaintiff.

2.  WITNESSES, § 298*—*when question touching general reputation of witness improper in form*.  Question, touching the general reputation of a witness, as to "whether he will tell the truth or not," *held* improper in form.

3.  WITNESSES, § 278*—*when questions put to witness for purposes of impeachment improper*.  Questions tending to develop that a witness had made statements contrary to his testimony on the stand are improper where such witness is not given an opportunity to affirm or deny making of such statements.

4.  ASSAULT AND BATTERY, § 22*—*when verdict for injuries to child not excessive*.  Verdict for four hundred dollars awarded a six-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

year-old boy for injuries sustained by being struck by a brick thrown by the defendant, *held* not excessive where the plaintiff suffered a cut on the head one inch in length which required stitches, and a condition of shock with resulting impairment of the nervous system.

## F. Thomas Malecki, Defendant in Error, v. Julius N. Heldman, Plaintiff in Error.

### Gen. No. 21,602.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed May 29, 1916.

### Statement of the Case.

Action in the Municipal Court of Chicago by F. Thomas Malecki, plaintiff, against Julius N. Heldman, defendant, for services rendered the defendant by the plaintiff. To reverse a judgment for $105 for plaintiff, defendant prosecutes a writ of error.

Plaintiff testified that defendant employed him to work for the Central Trust Company in a case in which defendant represented certain creditors of the Woolen Mills Company, a bankrupt, and the Trust Company was receiver of the bankrupt, and promised to pay him $5 per day out of his own pocket for such services. Defendant testified that he did not employ plaintiff nor promise to pay him any sum whatever out of his own pocket. The clerk's record showed a verdict for plaintiff for $105 entered February 25, 1915; that the defendant moved the court for a new trial and after several postponements the motion was heard and denied May 1, 1915.